IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1196-T |
| TOWN OF DAVISTON, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

## OPINION

This cause is now before the court on defendant Town of Daviston's motion to dismiss in which Daviston represents that its current districting plan does not make any changes in its district lines, and thus does not require preclearance from the United States Department of Justice. Daviston further represents that the plan preserves the one majority-black district and does not deviate substantially from one-person-one-vote standards. Plaintiffs do not object to the dismissal of this lawsuit, subject to Daviston's agreement to pay attorney's fees of $500.00.

This lawsuit will therefore be dismissed.  An appropriate judgment will be entered.

DONE, this the 18th day of May, 2005.


                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**