IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,       )
                            )
    Plaintiffs,              )
                            )
    v.                       )     CIVIL ACTION NO.
                            )        2:87cv1196-T
TOWN OF DAVISTON,            )           (WO)
                            )
    Defendant.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Town of Daviston's motion to dismiss (Doc. No. 56) is granted.

(2) The plaintiffs shall have and recover from defendant Town of Daviston the sum of $500.00 for attorney's fees.

(3) This lawsuit is dismissed in all other respects.

The clerk of the court is DIRECTED to enter this document

on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of May, 2005.


                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE